**FILED**

**DECEMBER 4, 2007**
MICHAEL W. DOBBINS
U.S. DISTRICT COURT

3006159-LRB/TNP

ARDC #6206641

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA MANNING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| SMITHWAY MOTOR XPRESS, INC. | ) | |
| and SHAYNE ABRAM MELTON | ) | |
| | ) | |
| Defendants. | ) | |

**07 C 6855**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE KEYS**

### NOTICE OF REMOVAL

NOW COMES the Defendant, SMITHWAY MOTOR XPRESS, INC., by its attorneys, LEW R.C. BRICKER, TANYA N. PETERMANN and SMITHAMUNDSEN LLC, and pursuant to 28 USC §§ 1332, 1441 and 1446, removes this action to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, state as follows:

1.  The movant's Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332.

2.  Upon information and belief, the named plaintiff is currently and was at the time of the subject accident a citizen and resident of the State of Illinois. (*See* the Illinois Traffic Crash Report attached as Exhibit "A" and Affidavit of Tanya N. Petermann attached as Exhibit "B.")

3.  The Defendant, SMITHWAY MOTOR XPRESS, INC., has its principal place of business in Iowa and has maintained its principal place of business in Iowa at all relevant times. (*See* the Affidavit of Chuck Fredricksen attached as Exhibit "C," the Internet Contact Us page of SMITHWAY MOTOR XPRESS, INC., attached as Exhibit "D" and "Secretary of State of Illinois" page regarding Business Services, attached as Exhibit "E.") SMITHWAY MOTOR

XPRESS, INC. is currently and has been an Iowa corporation since November 4, 2005, the date of the incident that is the subject of the plaintiff's lawsuit. (Exhibits "C" and "E.") Further, the plaintiff served SMITHWAY MOTOR XPRESS, INC., in Fort Dodge, Iowa. (*See* Summons attached as Exhibit "F.")

4.      The Defendant, SHAYNE ABRAM MELTON, is believed to be a resident and citizen of the State of Utah. (*See* Exhibit "C.")  The Defendant, SHAYNE ABRAM MELTON, was a resident of Utah at the time of the occurrence. (Exhibit "C.")

5.      In her Complaint, the plaintiff alleges that the action stems from a motor vehicle collision occurring in Cook County, Illinois. (*See* the Plaintiff's Complaint At Law attached as Exhibit "G.)

6.      The Complaint further alleges that the motor vehicle collision caused the Plaintiff, Melissa Manning, to have "sustained severe and permanent injuries." Further, Plaintiff's counsel also relayed to defense counsel that Manning sustained back/spine injuries. (Exhibit "G" at Count I, Paragraph 6 and Letter to Plaintiff's Counsel dated November 28, 2007, attached as Exhibit "H.")

7.      Plaintiff's counsel also indicated that this matter exceeds the jurisdictional limit of $75,000.00. (Exhibit "H.")

8.      Given the nature of the allegations and plaintiff's counsel's representation, the movant believes in good faith that the amount in controversy exceeds the jurisdictional limit of $75,000.00, exclusive of interest and costs.

9.      There is diversity of citizenship between the Plaintiff and Defendants.

10.     Plaintiff's complaint was filed on October 26, 2007. (Exhibit "G" and the Cook County Case Online Information Summary attached as Exhibit "I"). Service was achieved on

the movant, SMITHWAY MOTOR XPRESS, INC. on November 6, 2007.  (Exhibit "F.")[1]
This Notice was filed within thirty (30) days of "the receipt by the defendant, through service or
otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such
action or proceeding is based."  28 U.S.C. § 1446(b).

11.    28 U.S.C. §1446(a) requires that all defendants join the notice of removal or to
consent to the removal.  Northern Illinois Gas Co. v. Airco Industrial Gases, 676 F.2d 270, 272
(7th Cir. 1982).  The movant, Smithway Motor Xpress, Inc., brings this Notice of Removal.
Counsel for Smithway Motor Xpress, Inc., has not obtained the consent of Defendant, Shayne
Abram Melton, because, upon information and belief, he has not been served with Summons and
Complaint at the time of filing of this notice.  (Exhibit "H.")  There is an exception to the rule
that every defendant must either join in or consent to the notice of removal (formerly petition for
removal).  The consent of a defendant who has not been served is not required.  *See* Great
American Ins. Co. v. K & R Transportation, Inc., No. 04C1451, 2004 U.S. Dist. LEXIS 8695 *5
(N.D. Ill. May 14, 2004) (attached as Exhibit "J").[2]

12.    As required by 28 U.S.C. § 1446(d), the movant will promptly serve upon
Plaintiff's counsel and file with the Circuit Court of Cook County, a true and correct copy of this
Notice.

13.    By removing this action, the movant does not waive any defenses available to it.

14.    If any question arises as to the propriety of the removal of this action, the movant
requests the opportunity to present a brief and oral argument in support of its position that this
case is removable.

---

[1] The Summons (Exhibit "F") upon Smithway Motor Xpress, Inc. reflects the date of receipt in the middle
of the document.

[2] Should service have been achieved on this codefendant, the movant requests the opportunity to secure
his consent.

15.    This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, SMITHWAY MOTOR XPRESS, INC., prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Respectfully Submitted,

SmithAmundsen LLC


s/ Lew R. C. Bricker
Lew R. C. Bricker – Bar Number:  6206641
Attorney for Defendant,
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Telephone:    (312) 894-3200
Fax:          (312) 894-3210
E-Mail:       lbricker@osalaw.com


Lew R. C. Bricker
Tanya N. Petermann
Attorney for Defendant, Smithway Motor Xpress, Inc.
SMITHAMUNDSEN LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601
(312) 894-3200

# EXHIBIT "A"

**Illinois Traffic Crash Report**

# ILLINOIS TRAFFIC CRASH REPORT

SR 1050C 250M (REPRINT 10/03)

Printed by an authorized user of eLIROS

## CHICAGO POLICE DEPARTMENT

INVESTIGATING AGENCY

**UNIT 2**    **UNIT 1**

COUNTY: COOK

CITY: CHICAGO

Sheet 1 of 1 Sheets

*IF YES TO HAZMAT SPILL OR COM VEH ABOVE, COMPLETE COMMERCIAL VEHICLE AREA ON BACK OF FORM

(barcodes) *6935049* *P1201* *P1201*

(323)

6936904

R.O. Number HL71S525

**49 DIAGRAM**

INDICATE NORTH BY ARROW



5/57

5/37

5/57

**50 NARRATIVE (Refer to vehicle by Unit No.)**

Unit #one tractor trailer made contact with unit #two. Both veh. were making left hand turn. Unit #two RF fender closed veh. to be disable and could cause to be driven.

**HIT & RUN WANTED DRIVER** — **SEX - RACE** — **AGE** — **HAIR COL.** — **DISTINGUISHING MARKS / CLOTHING DESCRIPTION** — **UNIT NO. / VEH. COLOR** — **CITATION NO.**

**59**

**MU ONLY** — **OFFICER ASSIGNED** — **STAR NO.** — **DATE ASSIGNED** — **TIME** — **AM PM** — **CHARGES** — **SUPA. CONF. NO.**

**COURT RM.** — **COURT DATE**

**SUSPENDED** — ☐ I'M CANNOT ID OFFENDER ☐ LETTER TO CONTACT RETURNED BY POST OFF. ☐ VEH. REGISTRATION UNAVAILABLE — ☐ NO INVESTIGATIVE LEADS ☐ INSUFFICIENT EVIDENCE FOR ARREST — ☐ EXC. CLEARED ☐ IF CASE CLEARED HOW ☐ ARREST PROSECUTION — ☐ VEH. STOLEN-NO NO. ☐ OTHER (Specify)

**PREPARED BY / SIGNATURE** — **STAR NO.** / **DATE (Day-Mo-Yr)** / **APPROVED BY SIGNATURE** — **STAR NO.**

**51 COMMERCIAL VEHICLE**

**CARRIER NAME**
**ADDRESS**
**CITY** — **STATE ZIP**

**54 ID NUMBER** — ☐ US DOWR ☐ IC/CMC State Name — **UNIT NO.**
**55 ID NUMBER** — **52 SOURCE** ☐ Side of truck ☐ Papers ☐ Driver ☐ Logbook
**US DOT** or State No. — **53 HAZARDOUS MATERIALS:** If Yes: 4-Digits — **NO. OF AXLES**
**58 HAZARDOUS MATERIALS:** — ☐ HAZMAT ☐ MCS

Hazardous cargo released from truck?
Violation of HAZMAT regs. contribute to crash?
Inspection form completed?
Violation of MCS regs. contribute to crash?

☐ Out of Service? ☐ Out of Service? ☐ None ☐ PLACARDED? ☐ Yes ☐ No

**☒ IN CITY OF / ☐ NEAREST CITY:** _____ Miles N E S W of: (Circle)
**CHICAGO**

INSERT APPLICABLE NUMBERS FROM CHOICES ON BACK OF TEMPLATE TWO

**VEHICLE CONFIGURATION** _____ **CARGO BODY TYPE** _____ **LOAD TYPE**

**57 TRAILER WIDTH(s)**
| | 0-96" | 97-102" | Over 102 | TRAILER LENGTHS(s) - ft | WIDE LOAD |
|---|---|---|---|---|---|
| Trailer 1 | | | | | |
| Trailer 2 | | | | | |

**56 IDOT PERMIT #**

**51 COMMERCIAL VEHICLE**

**CARRIER NAME**
**ADDRESS**
**CITY** — **STATE ZIP**
**ID NUMBER** — ☐ US DOT ☐ IC/CMC State Name — **UNIT NO.**
or State No.

**HAZARDOUS MATERIALS:** 1-Digit — **52 SOURCE** ☐ Side of truck ☐ Papers ☐ Driver ☐ Log Book

Hazardous cargo released from truck? (do not count fuel from vehicle fuel tank)
Violation of HAZMAT regs. contribute to crash?
Inspection form completed?
Violation of MCS regs. contribute to crash?

☐ Out of Service? ☐ Out of Service? Y N Unk — PLACARDED? ☐ None ☐ Yes ☐ No

**IDOT PERMIT #** _____ (GVWR)

**☒ IN CITY OF / ☐ NEAREST CITY:** _____ Miles N E S W of: (Circle)
**CHICAGO**

INSERT APPLICABLE NUMBERS FROM CHOICES ON BACK OF TEMPLATE TWO
**VEHICLE CONFIGURATION** _____ **CARGO BODY TYPE** _____ **LOAD TYPE**

**57 TRAILER WIDTH(s)**
| | 0-96" | 97-102" | Over 102 | TRAILER LENGTHS(s) - ft | WIDE LOAD |
|---|---|---|---|---|---|
| Trailer 1 | | | | | |
| Trailer 2 | | | | | |

# EXHIBIT "B"

**Affidavit of Tanya N. Petermann**

3006159-LRB/TNP

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA MANNING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **No.** |
| | ) | |
| SMITHWAY MOTOR XPRESS, INC. | ) | |
| and SHAYNE ABRAM MELTON | ) | |
| | ) | |
| Defendants. | ) | |

### <u>AFFIDAVIT OF TANYA N. PETERMANN</u>

I, TANYA N. PETERMANN, first being sworn, do depose and state:

1.    I am an attorney with SmithAmundsen LLC and serving as an attorney for Smithway Motor Xpress, Inc. in the matter of <u>Manning v. Smithway Motor Xpress, Inc. and Shayne Abram Melton</u>, originally filed in the Circuit Court of Cook County, Illinois, County Department, Law Division No. 07 L 012144.

2.    I am of sound mind and make this affidavit based upon my own personal knowledge.

3.    I have conducted a thorough investigation into the matters surrounding the aforementioned case and have personal knowledge, gained through this investigation, of the facts set forth in this affidavit.

4.    After investigation I believe that Plaintiff, Melissa Manning, was a resident and citizen of Chicago, Illinois on November 4, 2005.

5.    My office received medical records that indicate Plaintiff, Melissa Manning, was a resident and citizen of Chicago, Illinois on November 4, 2005. (*See* redacted medical records attached as Exhibit "1.")

6.     After investigation I believe that Plaintiff, Melissa Manning, is currently a resident and citizen of Chicago, Illinois.

7.     Plaintiff's attorney has advised that plaintiff, Melissa Manning, sustained back/spine injury, and the amount the plaintiff seeks for resolution of this matter exceeds $75,000.00.

**FURTHER AFFIANT SAYETH NAUGHT.**

TANYA N. PETERMANN

SUBSCRIBED AND SWORN TO

before me this _____4th_____ day of December, 2007.

Notary Public

OFFICIAL SEAL
MARIA S. WERNES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-30-2008

2

 **MERCY**

**Mercy Hospital and Medical Center**
2525 S. Michigan Ave.
Chicago, IL 60616-2477
(312) 567-2000



## ADMISSION RECORD

### PATIENT DEMOGRAPHIC INFORMATION

NAME:  MANNING,MELISSA J
DOB: 03/19/68       SEX:  F FEMALE   AGE: 37Y

ADDRESS: 2350 S STATE APT 306
CITY:  CHICAGO
STATE: IL       ZIP CODE:  60616
COUNTY:  COOK
HOME PHONE: (312)808-1729
WORK PHONE:
MARITAL STATUS: S
PHONE MESSAGE: Yes
CONFIDENTIAL ADDRESS/PHONE: No

ACCOUNT #: 05210 00014

ADMIT DATE:  11/06/05     PRINT DATE: 11/06/05

# EXHIBIT "C"

**Affidavit of Chuck Fredericksen**

ARDC  6206641

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MELISSA MANNING
        Plaintiff,

v.

SMITHWAY MOTOR XPRESS, INC.
and
SHAYNE ABRAM MELTON
        Defendants.

### AFFIDAVIT OF CHARLES D. FREDERICKSEN

    I, Charles Fredericksen, being duly sworn on oath, do offer and state that if I am called upon to testify under oath, I could truly, competently and on personal knowledge, state as follows:

    1.    I am the Insurance Manager for Smithway Motor Xpress, Inc.

    2.    The principal place of business today and on November 4, 2005 of Smithway Motor Xpress, Inc. is and was Fort Dodge, Iowa.

    3.    Smithway Motor Xpress, Inc. is incorporated in the State of Iowa and has been since November 4, 2005.

    4.    Smithway Motor Xpress, Inc. was served with the Summons and Complaint in this matter on November 6, 2007.

    5.    Based on the business records of Smithway Motor Xpress, Inc. kept in the ordinary course of business and investigation, Shayne Abram Melton was a resident of the State of Utah on November 4, 2005 and remains so through today.

1

## AFFIDAVIT OF CHARLES D. FREDERICKSEN —PAGE 2

**FURTHER AFFIANT SAYETH NOT.**

_____
Chuck Fredericksen

Subscribed and Sworn to
Before me this _29_ day
of _November_, 2007

_____ (seal)
Notary Public

PAULA ELBERT
Commission Number 182859
My Commission Expires
1-17-08

2

# EXHIBIT "D"

**Internet Contact Us page of Smithway Motor Xpress, Inc.**




**SMITHWAY MOTOR XPRESS CORP.**

- About Smithway
- Customer Solutions
- Company Drivers
- Independent Contractors
- Employment Opportunities
- Contact Us


AVAILABLE LOADS

## Contact Us

**Corporate Headquarters Address:**

Smithway Motor Xpress, Inc.
P.O. Box 404
Fort Dodge, IA 50501

**Contact Phone Numbers:**

Local: 515.576.7418
Toll Free: 800.247.4972

General Email

Terminals

Make a move in *the right direction*™ ...

For **Customer Solutions**, contact the Marketing and Sales Department.

For **Company and/or Independent Contractor Driving Information and Employment O**
contact the Human Resources Department.

To obtain a **Smithway/East West Driver and/or Independent Contractor Online Applica**
here.

For **all other inquiries**, please use the links below:

| | |
|---|---|
| Accounting | Fuel, Phones, Driver Vouchers |
| Central Dispatch | Health and Equipment Insurance |
| Company Drivers and Owner Operators | Hiring and Benefits |
| Company Drivers, Owner Operators & Office Pay | |
| Computers and Software | Loads Brokered to Others |
| Customer Credit and Payments | Logs, Permits, Licensing, Accident |
| Customer Receipts | Management |
| Customer Relations, Freight Movements, Contracts | Outside Repairs |
| Driver Paperwork | Prospective Driver Candidates |



Facilities, Tires, Parts, Mechanics

Freight Rate Quotations

Sale of Used Equipment, Tractors

All Other Inquires

Home | About Smithway | Customer Solutions | Company Drivers | Independent Contractors
Employment Opportunities | Contact Us

**Tariff Rules** | **Privacy Policy**

© 2007 Smithway Motor Xpress Corp. | Site Map
Web design and development by Spindustry Systems and Smart Solutions Group

# EXHIBIT "E"

**Secretary of State of Illinois page regarding Business Services**



SERVICES      PROGRAMS      PRESS      PUBLICATIONS      DEPARTMENTS      CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | SMITHWAY MOTOR XPRESS, INC. | File Number | 53996477 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 10/07/1985 | State | IOWA |
| Agent Name | NATIONAL REGISTERED AGENTS INC | Agent Change Date | 04/10/2007 |
| Agent Street Address | 200 WEST ADAMS STREET | President Name & Address | G LARRY OWENS 2031 QUAIL AVE FORT DODGE IA 50501 |
| Agent City | CHICAGO | Secretary Name & Address | G LARRY OWENS 2031 QUAIL AVE FORT DODGE IA 50501 |
| Agent Zip | 60606 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 09/06/2007 | For Year | 2007 |

**Return to the Search Screen**

**Purchase Certificate of Good Standing**

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT "F"

**Summons to Smithway Motor Xpress, Inc.**

NOV 1 4 2007

*NATIONAL REGISTERED AGENTS, INC.*

*SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM*

To:  DOUGLAS C. SANDVIG                                    SOP Transmittal #  IL49907
     SMITHWAY MOTOR XPRESS, INC.
     2031 QUAIL AVENUE                                     (800) 767-1553 - Telephone
     FORT DODGE, IA 50501                                  (609) 716-0820 - Fax

Defendant: SMITHWAY MOTOR XPRESS, INC.
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in
the State of        ILLINOIS        on this  6  day of   November  ,  2007 . The following is a summary of the document(s)
received:

1.    **Title of Action:** MELISSA MANNING -VS- SMITHWAY MOTOR XPRESS, INC. et al

2.    **Document(s) served:**

      **X** Summons              __ Subpoena                   __ Injunction
      **X** Complaint            __ Third Party Complaint       __ Notice of
      __ Petition                __ Demand for Jury Trial        __ Mechanics Lien
      __ Garnishment             __ Default Judgement           __ Other:

3.    **Court of Jurisdiction/**    IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVI
      **Case & Docket Number:** 2007L012144

4.    **Amount Claimed, if any:**

5.    **Method of Service** (select one):
      **X** Personally served by:  **X** Process Server      __ Deputy Sheriff        __ U. S Marshall
      __ Delivered Via:           __ Certified Mail          __ Regular Mail          __ Facsimile
                                   (Envelope enclosed)        (Envelope enclosed)
      __ Other (Explain):

6.    **Date and Time of Service:** 11/6/2007 2:38:52 PM CST (GMT -6)

7.    **Appearance/Answer Date:** 30 Days

8.    **Plaintiff's Attorney:**
      (Name, Address & Telephone Number)    JOHN T. CICHON        9.  **Federal Express Airbill #** 798303319686
                                            77 W. WACKER DRIVE
                                            SUITE 4025            10. **Call Made to:** VM - DOUGLAS C. SANDVIG
                                            CHICAGO, IL 60601
                                            312-346-9241

11.   **Special Comments:**


**NATIONAL REGISTERED AGENTS, INC.**                     Copies To:


Transmitted by: Cecilia  Villalpando

The Information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a
legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL

# NATIONAL REGISTERED AGENTS, INC.

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To:  DOUGLAS C. SANDVIG
     SMITHWAY MOTOR XPRESS, INC.
     2031 QUAIL AVENUE
     FORT DODGE, IA 50501-

SOP Transmittal # IL49907

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: SMITHWAY MOTOR XPRESS, INC.
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of      ILLINOIS       on this   6   day of      November    ,  2007 . The following is a summary of the document(s) received:

1.    Title of Action: MELISSA MANNING -VS- SMITHWAY MOTOR XPRESS, INC. et al

2.    Document(s) served:

| | | |
|---|---|---|
| X Summons | __ Subpoena | __ Injunction |
| X Complaint | __ Third Party Complaint | __ Notice of |
| __ Petition | __ Demand for Jury Trial | __ Mechanics Lien |
| __ Garnishment | __ Default Judgement | __ Other: |

3.    Court of Jurisdiction/      IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVI
      Case & Docket Number: 2007L012144

4.    Amount Claimed, if any:

5.    Method of Service (select one):
      X Personally served by:   X Process Server      __ Deputy Sheriff      __ U. S Marshall
      __ Delivered Via:         __ Certified Mail      __ Regular Mail       __ Facsimile
                                   (Envelope enclosed)      (Envelope enclosed)
      __ Other (Explain):

6.    Date and Time of Service:  11/6/2007 2:38:52 PM CST (GMT -6)

7.    Appearance/Answer Date: 30 Days

8.    Plaintiff's Attorney:           JOHN T. CICHON
      (Name, Address & Telephone Number)   77 W. WACKER DRIVE
                                 SUITE 4025
                                 CHICAGO, IL 60601
                                 312-346-9241

9.    Federal Express Airbill # 798303319686

10.   Call Made to: VM - DOUGLAS C. SANDVIG

11.   Special Comments:

NATIONAL REGISTERED AGENTS, INC.                Copies To:

Transmitted by: Cecilia  Villalpando

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ACKNOWLEDGEMENT COPY

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 (          ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____LAW_____ DIVISION

(Name all parties)

MELISSA MANNING

2007LO12144
CALENDAR/ROOM A
TIME 09:00
PI Motor Vehicle

SMITHWAY MOTOR XPRESS, INC.
and
SHAYNE ABRAM MELTON

No. _____

**SHERIFF PLEASE SERVE:**
Smithway Motor Xpress, INC.
c/o National Registered Agents, Inc.
200 W. Adams Street
Chicago, IL 60606

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____801_____, Chicago, Illinois 60602

| ☐ District 2 - Skokie | ☐ District 3 - Rolling Meadows | ☐ District 4 - Maywood |
|---|---|---|
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| ☐ District 5 - Bridgeview | ☐ District 6 - Markham | ☐ Child Support |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 28 North Clark St., Room 200 |
| Bridgeview, IL 60455 | Markham, IL 60426 | Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 39532

Name: John T. Cichon

Atty. for: Plaintiff

Address: 77 W. Wacker Drive, Suite 4025

City/State/Zip: Chicago, IL 60601

Telephone: (312) 346-9241

Service by Facsimile Transmission will be accepted at: _____

WITNESS, ___OCT 2 6 2007___,

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

_____
(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ LAW _____ DIVISION

(Name all parties)

MELISSA MANNING

SMITHWAY MOTOR XPRESS, INC. v.
and
SHAYNE ABRAM MELTON

}

No. _____

**SHERIFF PLEASE SERVE:**
Smithway Motor Xpress, Inc.
c/o National Registered Agents, Inc.
200 W. Adams Street
Chicago, IL 60606

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑  Richard J. Daley Center, 50 W. Washington, Room _____ 801 _____, Chicago, Illinois 60602

☐  **District 2 - Skokie**
5600 Old Orchard Rd.
Skokie, IL 60077

☐  **District 3 - Rolling Meadows**
2121 Euclid
Rolling Meadows, IL 60008

☐  **District 4 - Maywood**
1500 Maybrook Ave.
Maywood, IL 60153

☐  **District 5 - Bridgeview**
10220 S. 76th Ave.
Bridgeview, IL 60455

☐  **District 6 - Markham**
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐  **Child Support**
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 39532

Name: John T. Cichon

Atty. for: Plaintiff

Address: 77 W. Wacker Drive, Suite 4025

City/State/Zip: Chicago, IL 60601

Telephone: (312) 346-9241

WITNESS, _____ OCT 2 6 2007 _____,

_____
Clerk of Court

Date of service: _____,
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code)    (Facsimile Telephone Number)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

# EXHIBIT "G"

**Plaintiff's Complaint at Law**

11/19/2007  16:02    8476192923                    LIBERTY MUTUAL                    PAGE  06/08

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| MELISSA MANNING | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: |
| | ) | |
| SMITHWAY MOTOR XPRESS, INC. | ) | |
| and | ) | |
| SHAYNE ABRAM MELTON | ) | |
| Defendants. | ) | |

### COMPLAINT AT LAW

### COUNT I

Plaintiff, MELISSA MANNING, complaining against the Defendants, SMITHWAY MOTOR XPRESS, INC. and SHAYNE ABRAM MELTON, states as follows:

1.    On and prior to November 4, 2005, 51st Street was a much used and well traveled public highway extending in a generally easterly and westerly direction and was intersected by Wentworth Avenue another much used and well traveled public highway extending in a generally northerly and southerly direction and said highways and said intersection were located in the City of Chicago, County of Cook, State of Illinois.

2.    Traffic for 51st Street at said intersection was regulated by a traffic signal alternately displaying, red, yellow and green lights.

3.    On November 4, 2005, the Plaintiff, MELISSA MANNING, was operating a vehicle in an easterly direction on 51st Street and was in the process of making a left turn onto Wentworth Avenue so as to proceed in a northerly direction.

4.    At said time and place, the Defendant, SMITHWAY MOTOR XPRESS, INC., owned and its agent and servant, Defendant, SHAYNE ABRAM MELTON was operating a semi-tractor trailer in an easterly direction in the right outer lane of 51st Street and at the time of the occurrence complained of herein, Defendant, SHAYNE ABRAM MELTON while

attempting a left turn onto northbound Wentworth Avenue drove his semi-tractor trailer from the right outer lane of 51st Street into the left inner lane of traffic on 51st Street.

     5.      At said time and place, the Defendant, SMITHWAY MOTOR XPRESS, INC. by and through its agent and servant the Defendant, SHAYNE ABRAM MELTON and the Defendant SHAYNE ABRAM MELTON, individually, carelessly and negligently:

        a.      Drove and operated said semi-tractor trailer;

        b.      Failed to keep a careful lookout ahead for other traffic;

        c.      Failed to keep proper control over said semi-tractor trailer while making a left turn;

        d.      Drove and operated said semi-tractor trailer by moving from the right outer lane into the left inner lane without first ascertaining whether or not such movement can be made with safety; Contrary to and in violation of the provisions of the *625 ILCS 5/11-709 of the Illinois Motor Vehicle Code;*

        e.      Failed to stay within the appropriate lane for traffic while turning left onto northbound Wentworth Avenue;

        f.      Was otherwise careless and negligent in the operation of said semi-tractor trailer.

     6.      As a direct and proximate result and in consequence of one or more or said wrongful acts of the Defendants, their semi-tractor trailer struck Plaintiff's vehicle with great force and violence, causing the Plaintiff to be thrown about the inside of her said vehicle and thereby she sustained severe and permanent injuries; that as a result of her said injuries she has suffered and with reasonable certainty will continue to suffer great pain and discomfort; and she has been and will be hindered from attending to her usual affairs and duties and from following her usual occupation; and she has been and will be deprived of large earnings and profits which she would have otherwise realized; and she has incurred and will in the future continue to become liable for large sums of money for the care and treatment of her said injuries.

11/19/2007  16:02    8476192923          LIBERTY MUTUAL                    PAGE  08/08

WHEREFORE, the Plaintiff, MELISSA MANNING, asks judgment against the Defendants, SHAYNE ABRAM MELTON and SMITHWAY MOTOR XPRESS, INC., in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs of suit herein.

Respectfully Submitted,

John T. Cichon

POLANSKY, CICHON & BATEY, CHTD.
77 W. Wacker Drive, Suite 4025
Chicago, IL 60601-1635
Firm No.: 39532
Telephone:  (312) 346-9241
Telefax:    (312) 704-4431

# EXHIBIT "H"

**Letter to Plaintiff's Counsel dated November 28, 2007**

** JOB STATUS REPORT **

AS OF   NOV 28 2007 15:02      PAGE. 01

SMITHAMUNDSEN LLC

JOB #946

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 11/28 | 15:01 | #09497044431 | EC--S | 00'31" | 002 | OK |

# SmithAmundsen LLC

150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
Phone: 312.894.3200
FAX:   312.894.3210

## FACSIMILE TRANSMISSION

TO:        Mr. John T. Cichon            FAX#:      (312) 704-4431

FROM:      Lew R. C. Bricker             DATE:      November 28, 2007

SA File:   Manning v. Smithway Motor Express

SA File No.:   3006159-LRB/TNP

# PAGES INCLUDING COVER SHEET    2

COMMENTS:_____

_____

_____

_____

The information contained in this facsimile communication is attorney privileged and confidential
information intended only for the use of the individual or entity to whom or to which it is
addressed. If the recipient of this transmission is not the intended recipient, the recipient is
notified that any dissemination, distribution, or reproduction of this communication is strictly
prohibited. If you have received this communication in error, please notify SmithAmundsen LLC
at the above telephone number and return the communication to SmithAmundsen LLC at the
above telephone number and return the communication to SmithAmundsen LLC at the above
address via fax. Thank you.

Illinois Offices: Rockford, Waukegan, St. Charles, Woodstock

Wisconsin Office: Milwaukee

# SmithAmundsen LLC

150 North Michigan Avenue
Suite 3300
Chicago, IL  60601
Phone:  312.894.3200
FAX:     312.894.3210

## FACSIMILE TRANSMISSION

TO:        Mr. John T. Cichon          FAX#:      (312) 704-4431

FROM:    Lew R. C. Bricker             DATE:      November 28, 2007

SA File:     Manning v. Smithway Motor Express

SA File No.:   3006159-LRB/TNP

# PAGES INCLUDING COVER SHEET      __2___

COMMENTS:_____

_____

_____

_____

The information contained in this facsimile communication is attorney privileged and confidential information intended only for the use of the individual or entity to whom or to which it is addressed.  If the recipient  of this transmission is not the intended recipient, the recipient is notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited.  If you have received this communication in error, please notify SmithAmundsen LLC at the above telephone number and return the communication to SmithAmundsen LLC at the above telephone number and return the communication to SmithAmundsen LLC at the above address via fax.  Thank you.

Illinois Offices:  Rockford, Waukegan, St. Charles, Woodstock

Wisconsin Office:  Milwaukee

 SmithAmundsen

**Lew R. C. Bricker**
**Direct Dial:  (312) 894-3224**

November 28, 2007

**VIA FACSIMILE (312) 704-4431**
Mr. John T. Cichon
Polansky, Cichon & Batey, Chtd.
77 W. Wacker Drive
Suite 4025
Chicago, IL 60601

Re:    <u>Melissa Manning v. Smithway Motor Xpress, Inc. and Shayne Abram Melton</u>
      Court No.:    04 L 12144
      DOL:      11/4/05
      Our File:    3006159-LRB/TNP

Dear Mr. Cichon:

    Please permit this letter to confirm our discussion of today.  You indicated during our conversation that this matter has a value in excess of $75,000.00.  You also indicated that your efforts at serving Mr. Melton with Summons and Complaint in this matter have gone unsuccessful thus far.

    If my understanding of this information is incorrect in any manner, please let me know.

        Sincerely,

        Lew R. C. Bricker

LRB/msw

150 North Michigan Avenue ▪ Suite 3300 ▪ Chicago, IL 60601 ▪ 312·894·3200 T E L ▪ 312·894·3210 F A X ▪ www.salawus.com

C H I C A G O ,  I L    M I L W A U K E E ,  W I    R O C K F O R D ,  I L    S T .  C H A R L E S ,  I L    W A U K E G A N ,  I L    W O O D S T O C K ,  I L



# EXHIBIT "I"

**Cook County Case Online Information Summary**



### Dorothy Brown
# Clerk *of the* Circuit Court
### Cook County

Case Information Summary for Case Number
2007-L-012144

Filing Date: 10/26/2007
Division: Law Division
Ad Damnum: $50000.00

Case Type: PERSONAL INJURY(MOTOR VEHICLE)
District: First Municipal
Calendar: A

### Party Information

**Plaintiff(s)**
MANNING MELISSA

**Attorney(s)**
POLANSKY,CICHON&BATEY CHT
77 W WACKER #4025
CHICAGO IL, 60601
(312) 346-9241

**Date of Service**

**Defendant(s)**
MELTON ABRAM SHAYNE

SMITHWAY MOTOR XPRESS INC

**Attorney(s)**

### Case Activity

Activity Date: 10/26/2007                                Participant: MANNING MELISSA

PERSONAL INJURY (MOTOR VEHICLE) COMPLAINT FILED

Court Fee: 294.00                    Attorney: POLANSKY,CICHON&BATEY CHT
Judgment Amount: 50000.00

Activity Date: 11/8/2007                                Participant: SMITHWAY MOTOR XPRESS IN

SUMMONS SERVED - CORPORATION/COMPANY/BUSINESS

Court Date: 11/6/2007
Court Fee: 60.00

Activity Date: 11/21/2007                                Participant: MANNING MELISSA

CASE MANAGEMENT CALL NOTICE MAILED

Court Date: 2/27/2008
Court Time: 1000

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the

Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Return to Search Page

# EXHIBIT "J"

**<u>Great American Ins. Co. v. K & R Transportation, Inc.</u>**

LEXSEE 2004 US DIST. LEXIS 8695



Analysis
As of: Dec 04, 2007

**GREAT AMERICAN INSURANCE COMPANY, Plaintiff, v. K & R TRANSPOR-
TATION, INC., and SONY ELECTRONICS, INC., Defendants.**

**No. 04 C 1451**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION**

**2004 U.S. Dist. LEXIS 8695**

**May 14, 2004, Decided
May 17, 2004, Docketed**

**SUBSEQUENT HISTORY:** Motion granted by Great
Am. Ins. Co. v. K&R Transp., Inc., 2005 U.S. Dist.
LEXIS 383 (N.D. Ill., Jan. 10, 2005)

**DISPOSITION:**     [*1]  Plaintiff's motion to remand
denied.

**COUNSEL:** For GREAT AMERICAN INSURANCE
COMPANY, plaintiff: Robert Charles Moore, William
L. Wood, Scott J Gartner, Stone & Moore, Chicago, IL.

For SONY ELECTRONICS INC., defendant: Bruce
Craig Spitzer, Christopher A. Kreid, Metge, Spitzer &
Kreid, Chicago, IL.

**JUDGES:** PAUL E. PLUNKETT, UNITED STATES
DISTRICT JUDGE.

**OPINION BY:** PAUL E. PLUNKETT

**OPINION**

**MEMORANDUM OPINION AND ORDER**

Before the Court is plaintiff's 28 U.S.C. § 1447(c)
motion to remand the action to the Illinois Circuit Court
of Cook County. For the reasons stated below, the mo-
tion is denied.

**Background**

Plaintiff Great American Insurance Company
("Great American") is an Ohio insurance company. K&R
Transportation, Inc. ("K&R") is an Illinois corporation
with its principal place of business in Waukegan, Illinois.
Sony Electronics, Inc. ("Sony") is a Delaware corpora-
tion. In December 2003, Great American filed a com-
plaint for declaratory judgment in Illinois state court
against K&R and Sony. The complaint styled the action
as one concerning the rights and obligations of Great
American under certain inland marine insurance policies
it issued to K&R.

Sony removed [*2]  this case to federal court in Feb-
ruary 2004 under 28 U.S.C. § 1446, claiming diversity
jurisdiction, jurisdiction under 28 U.S.C. § 1352 (bonds
executed under federal law) and jurisdiction under 28
U.S.C. § 1337(a) (commerce and antitrust regulations).
Great American has filed a motion to remand under 28
U.S.C. § 1447(c) on the grounds that Sony failed to ob-
tain consent for removal from co-defendant K&R and
that there is no federal question jurisdiction. Sony op-
poses the motion, saying that K&R's consent was unnec-
essary for the removal petition and that both diversity
and federal question jurisdiction exist.

**Discussion**

We first address the issue of whether we have juris-
diction over this matter. This Court has jurisdiction over
a removed case if the case could have been brought in
federal court initially. 28 U.S.C. § 1441(a) (1994); *Cat-
erpillar, Inc. v. Williams,* 482 U.S. 386, 392, 96 L. Ed.

2004 U.S. Dist. LEXIS 8695, *

2d 318, 107 S. Ct. 2425 (1987). Jurisdiction must exist at the time of removal. *St. Paul Mercury Indem. Co. v. Red Cab Co.,* 303 U.S. 283, 293, 82 L. Ed. 845, 58 S. Ct. 586 (1938); [*3] *Shaw v. Dow Brands, Inc.,* 994 F.2d 364, 368 (7th Cir. 1993).

Sony argues that this Court's jurisdiction over this case is based on both diversity of citizenship and the existence of a federal question. Great American argues that there is no federal question jurisdiction because the action is a declaratory judgment action filed in state court to fix the rights of the parties under an insurance contract. Great American does not address the diversity issue.

We find that we do have jurisdiction over this case under the diversity requirements set out in 28 U.S.C. § 1332(a). First, complete diversity among the parties exists. Under 28 U.S.C. § 1332(c), a corporation is deemed to be a citizen of any state where it has been incorporated and of the state where it has its principal place of business. According to Sony's representations, Great American is an Ohio corporation with its principal place of business in Ohio, Sony is a Delaware corporation with its principal place of business in New Jersey and K&R is an Illinois corporation with its principal place of business in Illinois. (Notice of Removal at PP3, 4, 5.) Inasmuch [*4] as Great American does not challenge these representations (in fact, it is silent in its memoranda on the issue of diversity), the Court will take them as true and thus finds the requisite diversity of citizenship. [1] *See* 28 U.S.C. § 1332(a)(1) (1993 and Supp. 2003). In addition, the Court finds that the amount in controversy is sufficient to support jurisdiction. [2] *See id.;* Compl. P15 (indicating $ 261,559.40 potentially at issue).

1   In its complaint, Great American states that it and Sony are "licensed" in Illinois and K&R's principal place of business is in Illinois. (Compl. PP3, 4, 5.) For diversity of citizenship analysis, a corporation is deemed to be a citizen of any state where it is incorporated and of the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1) (1993). Where a corporation is licensed is not necessarily the same as where it has its principal place of business. *See Maple Leaf Bakery v. Raychem Corp.,* 1999 U.S. Dist. LEXIS 18744, 1999 WL 1101326 (N.D. Ill. Nov. 29, 1999) (discussing Seventh Circuit's "nerve center test" for determining principal place of business of corporations). We find it curious that Great American would mention one party's principal place of business but omit that information with respect to the other parties to the action. We also note that 28 U.S.C. § 1441(b) does not preclude removal in this case because K&R, a citizen of

the state where the action is brought, was not served before the removal notice was filed. (Mot. to Remand Ex. C P2 (affidavit of Great American's counsel representing that K&R was served with the complaint and summons through its registered agent on February 26, 2004, two days after the notice of removal was filed).)

[*5]

2   Having found diversity of citizenship jurisdiction exists, we need not address whether federal question jurisdiction exists.

We now address whether the removal procedure was deficient. Generally, all defendants must join in a removal petition or consent to such removal. *Chicago, Rock Island, & Pac. Ry. Co. v. Martin,* 178 U.S. 245, 248, 44 L. Ed. 1055, 20 S. Ct. 854 (1900); *Northern Ill. Gas Co. v. Airco Indus. Gases,* 676 F.2d 270, 272 (7th Cir. 1982). A petition that is not signed by all named defendants is considered defective if it does not explain the absence of a co-defendant. *Northern Ill. Gas Co.,* 676 F.2d at 273. A removed matter must be remanded if there are any defects in the removal procedure. *Shaw,* 994 F.2d at 366.

Great American challenges Sony's notice of removal on the grounds that Sony failed to obtain K&R's consent to the removal and failed to affirmatively explain K&R's absence from the notice of removal. It is true that K&R has not joined in Sony's notice of removal. However, this does not make Sony's notice of removal [*6] defective. The Seventh Circuit recognizes an exception to the joinder/consent rule for defendants who have not been served at the time the removal petition is filed. *See Shaw,* 994 F.2d at 369; *P. P. Farmers' Elevator Co. v. Farmers Elevator Mut. Ins. Co.,* 395 F.2d 546, 547-48 (7th Cir. 1969). Sony filed its notice of removal on February 24, 2004; K&R was not served until February 26, 2004. (Mot. to Remand Ex. C.) Under this exception, K&R's consent was not required.

Great American goes on to say that Sony did not give that particular explanation in its notice. Instead, Sony states in its notice that K&R is no longer in business and therefore it could not obtain K&R's consent. Great American says that although K&R was dissolved in 2002, under Illinois law, an Illinois corporation survives its dissolution and can sue, be sued and be served via its registered agent for five years after dissolution. Thus, says Great American, Sony's explanation for K&R's absence from the notice of removal is not sufficient to have relieved Sony from obtaining K&R's consent to removal.

We are not persuaded by Great American's arguments. In its notice of removal, Sony [*7] explained the steps it took to investigate K&R's legal status and its

reasons for not including K&R's consent to the removal. It did not simply ignore K&R's existence or the requirement that K&R join in the notice of removal. *Cf. Shaw,* 994 F.2d at 368 (where defendant neglected to explain in notice of removal co-defendants' failure to consent to removal, court would not "punish" defendant for "technicality"). Moreover, Sony has provided evidence that it did make some attempt (albeit belatedly, it seems) to inquire about K&R's registered agent's intentions with respect to this litigation. (Opp'n to Mot. to Remand Ex. 1.) The registered agent's attorney has indicated that K&R will not be participating in this case. (*Id.*) We do not find Sony's notice of removal defective for its failure to include K&R's consent. *See Shaw,* 994 F.2d at 368-69 (notice of removal by only one defendant not defective because one co-defendant was served after notice of re-

moval filed, one was dismissed before notice of removal filed and one was nominal party).

Having found jurisdiction exists and no defect in the removal procedure, Great American's motion to remand is denied [*8] and its request for costs under 28 U.S.C. § 1447(c) is dismissed as moot.

### Conclusion

For the reasons stated above, Great American's motion to remand is denied.

**UNITED STATES DISTRICT JUDGE**

**PAUL E. PLUNKETT**

**DATED: MAY 14 2004**

3006159-LRB/TNP                                                           ARDC: 6206641

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MELISSA MANNING | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **No.** |
| | ) |
| SMITHWAY MOTOR XPRESS, INC. | ) |
| and SHAYNE ABRAM MELTON | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Lew R. C. Bricker , hereby certify that on December 5, 2007, a copy of the foregoing **Notice of Removal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***Parties receiving service electronically are as follows:***

Mr. John T. Cichon
Polansky, Cichon & Batey, Chtd.
77 W. Wacker Drive
Suite 4025
Chicago, IL 60601

                                        s/ Lew R. C. Bricker
                                        Lew R. C. Bricker – Bar Number: 6206641
                                        Attorney for Defendant,
                                        SmithAmundsen LLC
                                        150 North Michigan Avenue, Suite 3300
                                        Chicago, IL 60601
                                        Telephone:   (312) 894-3200
                                          Fax:           (312) 894-3210
                                          E-Mail:      lbricker@osalaw.com

Attorney for Defendants
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200