**FILED**
**DECEMBER 4, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6855**

3006159-LRB/TNP/msw

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                           Case

Melissa Manning v. Smithway Motor Xpress, Inc.
And Shayne Abram Melton

**JUDGE KENNELLY**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

Smithway Motor Xpress, Inc.

| SIGNATURE<br>S/ Lew R. C. Bricker | |
|---|---|
| FIRM<br>SMITHAMUNDSEN LLC | |
| STREET ADDRESS<br>150 NORTH MICHIGAN AVENUE, SUITE 3300 | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6206641 | TELEPHONE NUMBER<br>(312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES / x /     NO / / | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES / /     NO /x / | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES / x /     NO / / | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES /x /     NO / / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL / /                          APPOINTED COUNSEL / / | |