## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 07L-012144
Melissa Manning                                                        07 CV 6855

vs.

Smithway Motor XPress, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Melissa Manning

| | |
|---|---|
| NAME (Type or print) <br> I. Peter Polansky | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ I. Peter Polansky | |
| FIRM <br> Polansky, Cichon & Batey, Chtd. | |
| STREET ADDRESS <br> 77 W. Wacker Drive, Suite 4025 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6278586 | TELEPHONE NUMBER <br> (312) 346-9241 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2007, a true and accurate copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lew R.C. Bricker
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601

/s/   I. Peter Polansky