3006159-LRB/TNP　　　　　　　　　　　　　　　　　　　　　　　　　　ARDC: 6206641

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELISSA MANNING ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.　07 CV 6855 |
| ) | |
| SMITHWAY MOTOR XPRESS, INC. ) | Judge Kennelly |
| and SHAYNE ABRAM MELTON ) | |
| ) | Magistrate Judge Keys |
| Defendants. ) | |

## AGREED MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Defendant, SMITHWAY MOTOR XPRESS, INC., by and through its attorneys, Lew R. C. Bricker, Tanya N. Petermann and SMITHAMUNDSEN LLC, and move this Honorable Court for an enlargement of time, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to file its answer or other responsive pleadings to the plaintiff's Complaint and up to and including January 24, 2008. In support of its Motion, Defendant states as follows:

1.　　On October 26, 2007, plaintiff filed her Complaint in this matter.

2.　　Plaintiff served defendant, Smithway Motor Xpress, Inc. through its registered agent on November 6, 2007. (See National Registered Agents, Inc.'s Transmittal Form, attached as Exhibit "A.")

3.　　Defendant, Smithway Motor Xpress, Inc. filed its Notice of Removal to this court on December 5, 2007.

4.　　Counsel for defendant requires additional time to answer or otherwise plead to the allegation in plaintiff's complaint.

5. Counsel for defendant spoke to counsel for the plaintiff, and the counsel for the plaintiff has no objection to this Court granting an enlargement of time to the defendant to answer. (See Correspondence to plaintiff's counsel, John Cichon, attached as Exhibit "B.")

6. No other party will be prejudiced by the extension.

7. In light of the foregoing, Defendant, SMITHWAY MOTOR XPRESS, INC., requests up to and including January 24, 2008, to answer or otherwise file responsive pleadings in this matter.

WHEREFORE, Defendant, SMITHWAY MOTOR XPRESS, INC., prays that this Honorable Court enter an Order extending the time in which to file its responsive pleadings up to and including January 24, 2008 and any such other relieve that this Court deems just.

Respectfully Submitted,

SMITHAMUNDSEN LLC


S/ ___Lew R.C. Bricker_____
Lew R. C. Bricker - 6206641
Attorney for Defendant, Smithway Motor Xpress, Inc.
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
(312) 894-3210
lbricker@salawus.com

Lew R. C. Bricker
Tanya N. Petermann
Attorneys for Defendant, Smithway Motor Xpress, Inc.
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200

11/19/2007 16:02   8476192923   LIBERTY MUTUAL   PAGE 02/08

RECEIVED NOV 1 4 2007 By_____

# NATIONAL REGISTERED AGENTS, INC.

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: DOUGLAS C. SANDVIG
SMITHWAY MOTOR XPRESS, INC.
2031 QUAIL AVENUE
FORT DODGE, IA 50501

SOP Transmittal # IL49907

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: SMITHWAY MOTOR XPRESS, INC.
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of ILLINOIS on this 6 day of November, 2007. The following is a summary of the document(s) received:

1. Title of Action: MELISSA MANNING -VS- SMITHWAY MOTOR XPRESS, INC. et al

2. Document(s) served:
   - X Summons
   - X Complaint
   - __ Petition
   - __ Garnishment
   - __ Subpoena
   - __ Third Party Complaint
   - __ Demand for Jury Trial
   - __ Default Judgement
   - __ Injunction
   - __ Notice of
   - __ Mechanics Lien
   - __ Other:

3. Court of Jurisdiction/ IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVI
   Case & Docket Number: 2007L012144

4. Amount Claimed, if any:

5. Method of Service (select one):
   - X Personally served by:
   - __ Delivered Via:
   - X Process Server
   - __ Certified Mail (Envelope enclosed)
   - __ Deputy Sheriff
   - __ Regular Mail (Envelope enclosed)
   - __ U.S Marshall
   - __ Facsimile
   - __ Other (Explain):

6. Date and Time of Service: 11/6/2007 2:38:52 PM CST (GMT -6)

7. Appearance/Answer Date: 30 Days

8. Plaintiff's Attorney:
   (Name, Address & Telephone Number)
   JOHN T. CICHON
   77 W. WACKER DRIVE
   SUITE 4025
   CHICAGO, IL 60601
   312-346-9241

9. Federal Express Airbill # 798303319686

10. Call Made to: VM - DOUGLAS C. SANDVIG

11. Special Comments:

NATIONAL REGISTERED AGENTS, INC.   Copies To:

Transmitted by: Cecilia Villalpando

The Information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ORIGINAL



DEFENDANT'S EXHIBIT A

11/19/2007 16:02   8476192923                          LIBERTY MUTUAL                    PAGE  03/08

# NATIONAL REGISTERED AGENTS, INC.

## SERVICE OF PROCESS SUMMARY TRANSMITTAL FORM

To: DOUGLAS C. SANDVIG
SMITHWAY MOTOR XPRESS, INC.
2031 QUAIL AVENUE
FORT DODGE, IA 50501-

SOP Transmittal # IL49907

(800) 767-1553 - Telephone
(609) 716-0820 - Fax

Defendant: SMITHWAY MOTOR XPRESS, INC.
(Entity Served)

Enclosed herewith are legal documents received on behalf of the above captioned entity by National Registered Agents, Inc. or its Affiliate in the State of   ILLINOIS   on this  6  day of  November , 2007 . The following is a summary of the document(s) received:

1. Title of Action: MELISSA MANNING -VS- SMITHWAY MOTOR XPRESS, INC. et al

2. Document(s) served:

   x Summons            __ Subpoena                __ Injunction
   x Complaint          __ Third Party Complaint   __ Notice of
   __ Petition          __ Demand for Jury Trial   __ Mechanics Lien
   __ Garnishment       __ Default Judgement       __ Other:

3. Court of Jurisdiction/   IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVI
   Case & Docket Number: 2007L012144

4. Amount Claimed, if any:

5. Method of Service (select one):
   x Personally served by:   x Process Server     __ Deputy Sheriff     __ U.S Marshall
   __ Delivered Via:         __ Certified Mail    __ Regular Mail       __ Facsimile
                             (Envelope enclosed)  (Envelope enclosed)
   __ Other (Explain):

6. Date and Time of Service: 11/6/2007 2:38:52 PM CST (GMT -6)

7. Appearance/Answer Date: 30 Days

8. Plaintiff's Attorney:           JOHN T. CICHON              9. Federal Express Airbill # 798303319686
   (Name, Address & Telephone Number) 77 W. WACKER DRIVE
                                    SUITE 4025                 10. Call Made to: VM - DOUGLAS C. SANDVIG
                                    CHICAGO, IL 60601
                                    312-346-9241

11. Special Comments:


NATIONAL REGISTERED AGENTS, INC.          Copies To:


Transmitted by: Cecilia Villalpando

The information contained in this Summary Transmittal Form is provided by National Registered Agents, Inc. for informational purposes only and should not be considered a legal opinion. It is the responsibility of the parties receiving this form to review the legal documents forwarded and to take appropriate action.

ACKNOWLEDGEMENT COPY



# SmithAmundsen

**Tanya N. Petermann**
Direct Dial: (312) 894-3328

January 16, 2008

**VIA FACSIMILE (312) 704-4431**
Mr. John T. Cichon
Polansky, Cichon & Batey, Chtd.
77 W. Wacker Drive
Suite 4025
Chicago, IL 60601

Re:   <u>Melissa Manning v. Smithway Motor Xpress, Inc. and Shayne Abram Melton</u>
       Court No.:   04 L 12144
       DOL:         11/4/05
       Our File:    3006159-LRB/TNP

Dear Mr. Cichon:

Please permit this letter to confirm our discussion of today. You indicated during our conversation that you do not object to us filing Smithway's Answer and other Responsive Pleadings late. As indicated to you, we will file an Agreed Motion for Enlargement of Time.

We also set a conference call for January 24, 2008 at 11:00 a.m. to comply with Judge Kennelly's court order to discuss the nature of this case, discovery schedule, possibility of settlement and magistrate jurisdiction.

If my understanding of this information is incorrect in any manner, please let me know.

Sincerely,

Tanya N. Petermann

TNP



DEFENDANT'S EXHIBIT B


150 North Michigan Avenue  ■  Suite 3300  ■  Chicago, IL 60601  ■  312·894·3200 TEL  ■  312·894·3210 FAX  ■  www.salawus.com

CHICAGO, IL   MILWAUKEE, WI   ROCKFORD, IL   ST. CHARLES, IL   WAUKEGAN, IL   WOODSTOCK, IL