3006159-LRB/TNP                                                                                                   ARDC: 6206641

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MELISSA MANNING ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.    07 CV 6855 |
| ) | |
| SMITHWAY MOTOR XPRESS, INC. ) | Judge Kennelly |
| and SHAYNE ABRAM MELTON ) | |
| ) | Magistrate Judge Keys |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Mr. John T. Cichon, Polansky, Cichon & Batey, Chtd., 77 W. Wacker Drive, Suite 4025 Chicago, IL 60601 (via electronically)

   PLEASE TAKE NOTICE THAT on **January 24, 2008**, at **9:30 a.m.**, we shall appear before the **Honorable Judge Kennelly** in **Room 2103**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, shall then and there present the attached the attached **Agreed Motion for Enlargement of Time**.

                                                                                    SmithAmundsen LLC


                                                                                    S/    Lew R.C. Bricker
                                                                                    Lew R. C. Bricker - 6206641
                                                                                    Attorney for Defendant, Smithway Motor Xpress, Inc.
                                                                                    SmithAmundsen LLC
                                                                                    150 N. Michigan Avenue, Suite 3300
                                                                                    Chicago, IL 60601
                                                                                    (312) 894-3200
                                                                                    (312) 894-3210
                                                                                    lbricker@salawus.com


SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 Fax

## AFFIDAVIT OF SERVICE

I, Lew R. C. Bricker, hereby certify that on **January 17, 2008**, a copy of the foregoing **Agreed Motion for Enlargement of Time** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*

Mr. John T. Cichon
Polansky, Cichon & Batey, Chtd.
77 W. Wacker Drive
Suite 4025
Chicago, IL 60601
(312) 346-9241
(312) 704-4431 (fax)

                s/ Lew R. C. Bricker
                Lew R. C. Bricker – Bar Number: 6206641
                Attorney for Defendants, Richard E. Marr and
                FFE Transportation Services, Inc.
                SmithAmundsen LLC
                150 North Michigan Avenue, Suite 3300
                Chicago, IL 60601
                Telephone:    (312) 894-3200
                Fax:    (312) 894-3210
                E-Mail:    lbricker@osalaw.com

Attorney for Defendants
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

2