UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

| Case Title | Case Number: 07 CV 6855 |
|---|---|
| Melissa Manning | Assigned Judge: Judge Kennelly |
| V. | |
| Smithway Motor Xpress, Inc. and Shayne Abram Melton | Designated Magistrate Judge: Judge Keys |

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

_January 17, 2008_          By: _[signature]_          _Smithway Motor Xpress, Inc._
Date                              Signature                    Name of Party or Parties

_January 21, 2008_          By: _[signature]_          _Melissa Manning_
Date                              Signature                    Name of Party or Parties

_____          By: _____          _____
Date                     Signature                    Name of Party or Parties

_____          By: _____          _____
Date                     Signature                    Name of Party or Parties

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.