3006159-LRB/TNP                                                          ARDC: 6283745

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| MELISSA MANNING | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | **No.** | 07 CV 6855 |
| | ) | | |
| SMITHWAY MOTOR XPRESS, INC. | ) | | |
| and SHAYNE ABRAM MELTON | ) | | |
| | ) | | |
| Defendants. | ) | | |

## CERTIFICATE OF SERVICE

I, Lew R. C. Bricker , hereby certify that on **January 24, 2008**, a copy of the foregoing **Defendant Smithway Motor Xpress, Inc.'s Answer and Affirmative Defenses to Plaintiff's Complaint at Law** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*
Mr. John T. Cichon
Polansky, Cichon & Batey, Chtd.
77 W. Wacker Drive
Suite 4025
Chicago, IL 60601

          s/Tanya N. Petermann
          Tanya N. Petermann – Bar Number:  6283745
          Attorney for Defendant, Smithway Motor Xpress, Inc.
          SmithAmundsen LLC
          150 North Michigan Avenue, Suite 3300
          Chicago, IL 60601
          Telephone:    (312) 894-3200
          Fax:              (312) 894-3210
          E-Mail:         lbricker@osalaw.com

Attorney for Defendant
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200