3006159-LRB/TNP/msw

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

_____

In the Matter of                                                     Case

Melissa Manning v. Smithway Motor Xpress, Inc.
And Shayne Abram Melton

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

Shayne Abraham Melton

| SIGNATURE | |
|---|---|
| S/ Tanya N. Petermann | |
| FIRM | |
| SMITHAMUNDSEN LLC | |
| STREET ADDRESS | |
| 150 NORTH MICHIGAN AVENUE, SUITE 3300 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6283745 | TELEPHONE NUMBER **(312) 894-3200** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES / /   NO /x/ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES / /   NO /x/ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES / /   NO /x/ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES / /   NO /x/ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL / /                            APPOINTED COUNSEL / / | |