3006159-LRB/TNP/msw

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

_____

In the Matter of                                                                 Case

Melissa Manning v. Smithway Motor Xpress, Inc.
And Shayne Abram Melton

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

Shayne Abram Melton


| SIGNATURE |
| --- |
| S/ Lew R. C. Bricker |

| FIRM |
| --- |
| **SMITHAMUNDSEN LLC** |

| STREET ADDRESS |
| --- |
| **150 NORTH MICHIGAN AVENUE, SUITE 3300** |

| CITY/STATE/ZIP |
| --- |
| **CHICAGO, IL 60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6206641 | **(312) 894-3200** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES / x / | NO / / |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES / / | NO /x / |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES / x / | NO / / |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES /x / | NO / / |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| --- | --- |
| RETAINED COUNSEL / / | APPOINTED COUNSEL / / |