3006159-LRB/TNP                                                                                          ARDC: 6283745

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MELISSA MANNING | ) |
|  | ) |
|       Plaintiff, | ) |
|  | ) |
|   v. | )  **No.**   07 CV 6855 |
|  | ) |
| SMITHWAY MOTOR XPRESS, INC. | ) |
| and SHAYNE ABRAM MELTON | ) |
|  | ) |
|       Defendants. | ) |

**CERTIFICATE OF SERVICE**

     I, Tanya N. Petermann, hereby certify that on **February 5, 2008**, a copy of the foregoing **Appearance on behalf of Shayne Abram Melton for Lew R. C. Bricker and Tanya N. Petermann** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*
Mr. John T. Cichon
Polansky, Cichon & Batey, Chtd.
77 W. Wacker Drive
Suite 4025
Chicago, IL 60601

                                                s/Tanya N. Petermann
                                                Tanya N. Petermann – Bar Number:  6283745
                                                Attorney for Defendant, Smithway Motor Xpress, Inc.
                                                SmithAmundsen LLC
                                                150 North Michigan Avenue, Suite 3300
                                                Chicago, IL 60601
                                                Telephone:   (312) 894-3200
                                                Fax:               (312) 894-3210
                                                E-Mail:         lbricker@osalaw.com

Attorney for Defendant
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200