3006159-LRB/TNP                                                              ARDC: 6283745

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| MELISSA MANNING | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 07 CV 6855 |
| | ) | | |
| SMITHWAY MOTOR XPRESS, INC. | ) | Judge Kennelly | |
| and SHAYNE ABRAM MELTON | ) | | |
| | ) | Magistrate Judge Keys | |
| Defendants. | ) | | |

**DEFENDANT, SHAYNE ABRAM MELTON'S CONSENT TO REMOVAL**

NOW COMES defendant, SHAYNE ABRAM MELTON, by and through his attorneys, Lew R.C. Bricker, Tanya N. Petermann, and SMITHAMUNDSEN LLC, and in Consenting to Defendant, SMITHWAY MOTOR XPRESS, INC.'s Removal, states as follows:

1. On December 4, 2007, Defendant, SMITHWAY MOTOR XPRESS, INC. filed a notice of removal pursuant to 28 U.S.C. § 1441.

2. Defendant, SAHYNE ABRAM MELTON consents to this removal as required by 28 U.S.C. § 1446, to the extent allowed by law under 28 U.S.C. § 1441(b).

3. This consent is filed within the time permitted to answer or otherwise plead.

Respectfully Submitted,

SMITHAMUNDSEN LLC,

s/ Tanya N. Petermann
Tanya N. Petermann – Bar Number: 6283745

Attorney for Defendants, Smithway Motor Xpress, Inc.
and Shayne A. Melton
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Telephone:     (312) 894-3200
Fax:           (312) 894-3210
E-Mail:        tpetermann@salawus.com