3006159-LRB/TNP                                                                    ARDC: 6283745

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MELISSA MANNING | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **No.**   07 CV 6855 |
| | ) |
| SMITHWAY MOTOR XPRESS, INC. | ) |
| and SHAYNE ABRAM MELTON | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

    I, Tanya N. Petermann, hereby certify that on **February 5, 2008**, a copy of the foregoing **Defendant, Shayne Abram Melton's Consent to Removal and Defendant Shayne Abram Melton's and Affirmative Defenses to Plaintiff's Complaint at Law** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Defendant demands a trial by jury.

***Parties receiving service electronically are as follows:***
Mr. John T. Cichon
Polansky, Cichon & Batey, Chtd.
77 W. Wacker Drive
Suite 4025
Chicago, IL 60601

                                        s/Tanya N. Petermann
                                        Tanya N. Petermann – Bar Number:  6283745
                                        Attorney for Defendant, Smithway Motor Xpress, Inc.
                                        SmithAmundsen LLC
                                        150 North Michigan Avenue, Suite 3300
                                        Chicago, IL 60601
                                        Telephone:    (312) 894-3200
                                        Fax:          (312) 894-3210
                                        E-Mail:       lbricker@osalaw.com

Attorney for Defendant
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200