**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Melissa Manning
                              Plaintiff,
v.                                                      Case No.: 1:07−cv−06855
                                                        Honorable Matthew F. Kennelly
Smithway Motor Xpress, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 21, 2008:

   MINUTE entry before Judge Matthew F. Kennelly :Status hearing pursuant to Rule 16(b) held on 2/21/2008 with attorneys for both sides. Consent to magistrate judge is likely. Status hearing continued to 3/25/2008 at 09:00 AM., in Chambers, room 2188. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.