3006159-LRB/TNP                                                                                                      ARDC: 6283745

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MELISSA MANNING ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **No.**   07 CV 6855 |
| ) | |
| SMITHWAY MOTOR XPRESS, INC. ) | |
| and SHAYNE ABRAM MELTON ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I, Tanya N. Petermann, hereby certify that on **February 22, 2008**, a copy of the foregoing **Defendants, Shayne Abram Melton and Smithway Motor Xpress, Inc.'s Consent to Removal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Defendant demands a trial by jury.

*Parties receiving service electronically are as follows:*
Mr. John T. Cichon
Polansky, Cichon & Batey, Chtd.
77 W. Wacker Drive, Suite 4025
Chicago, IL 60601

        s/Tanya N. Petermann
        Tanya N. Petermann – Bar Number:  6283745
        Attorney for Defendant, Smithway Motor Xpress, Inc.
        SmithAmundsen LLC
        150 North Michigan Avenue, Suite 3300
        Chicago, IL 60601
        Telephone:   (312) 894-3200
        Fax:              (312) 894-3210
        E-Mail:         lbricker@osalaw.com

Attorney for Defendant
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200