

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6855 | **DATE** | 4/7/2008 |
| **CASE TITLE** | Manning vs. Smithway Motor Express | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 7/14/08 at 9:00 a.m. Fact discovery cuts off on 9/30/08. *AK*

Docketing to mail notices.

00:01;nfpc



| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|