## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NAME: John T. Cichon
FIRM: Polansky, Cichon & Batey, CHTD.
STREET ADDRESS: Two Prudential Plaza, 180 N. Stetson Ave., Suite 5250, Chicago, IL 60601
PHONE NUMBER: 312-346-9241
E-MAIL ADDRESS: www.polanskycichonbatey.com
ARDC NUMBER: 6205988

ACTIVE CASES:

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 CV 6855 | Melissa Manning v. Smithway Motor Xpress, Inc. and Shayne Abram Melton | Assigned Judge: Judge Kennelly<br>Designated Magistrate Judge: Judge Keys |

_____          6/30/08
Attorney Signature                                    Date

POLANSKY, CICHON & BATEY, CHTD.
Two Prudential Plaza
180 North Stetson Avenue
Suite 5250
Chicago, IL 60601
Telephone: (312) 346-9241
Facsimile: (312) 704-4431