3006159-LRB/TNP/JCN:egl

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　　Case: 07 CV 6855
Melissa Manning v. Smithway Motor Xpress, Inc.
And Shayne Abram Melton

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

Shayne Abram Melton and Smithway Motor Xpress, Inc.

| SIGNATURE |
| --- |
| S/ John C. Neel |

| FIRM |
| --- |
| **SMITHAMUNDSEN LLC** |

| STREET ADDRESS |
| --- |
| **150 NORTH MICHIGAN AVENUE, SUITE 3300** |

| CITY/STATE/ZIP |
| --- |
| **CHICAGO, IL 60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278120 | TELEPHONE NUMBER (312) 894-3200 |
| --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES / /　　NO /X / |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES / /　　NO / X/ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES / /　　NO / X/ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES //　　NO / X/ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL / /　　　　　　　　　　APPOINTED COUNSEL / / | |