3006159-LRB/TNP/JCN                                                      ARDC:6278120

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELISSA MANNING | ) |
| Plaintiff, | ) ) ) |
| v. | )  No.   07 CV 6855 |
| SMITHWAY MOTOR XPRESS, INC. and SHAYNE ABRAM MELTON | ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, John C. Neel, hereby certify that on **July 2, 2008**, a copy of the foregoing **Appearance on behalf of Shayne Abram Melton and Smithway Motor Xpress, Inc. for John C. Neel** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*__Parties receiving service electronically are as follows:__*
Mr. John T. Cichon
Mr. Brian D. Teven
Mr. I peter Polansky
Polansky, Cichon & Batey, Chtd.
Two Prudential Plaza
180 North Stetson Avenue
Suite 5250
Chicago, IL 60601

                s/John C. Neel
                John C. Neel – Bar Number:  6278120
                Attorney for Defendants, Smithway Motor Xpress, Inc. and
                Shayne Abraham Melton
                SmithAmundsen LLC
                150 North Michigan Avenue, Suite 3300
                Chicago, IL 60601
                Telephone:   (312) 894-3200
                Fax:              (312) 894-3210
                E-Mail:          jneel@salawus.com

Attorney for Defendant
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200