## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6855 | DATE | 7/14/08 |
| CASE TITLE | Manning vs. Smithway Motor Express | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 9/15/08 at 9:00 a.m. The Parties are reminded that fact discovery cuts off on 9/30/08. *AK*

Docketing to mail notices.

00:01;nfpc

| | Courtroom Deputy Initials: | AC |
|---|---|---|